April 23, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF A.V.P., A MINOR CHILD,

NO. 14-14-00830-CV

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 20, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, In the Interest of A.V.P., a Minor Child.

We further order this decision certified below for observance.